**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**TERRENCE ROBINSON**          **CIVIL ACTION NO. 09-0963**
      **FED. REG. #18408-018**

**VS.**          **JUDGE MELANÇON**

**WARDEN JOE P. YOUNG**          **MAGISTRATE JUDGE METHVIN**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;[1]

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 21st day of September, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1]On September 8, 2009, the Clerk of Court received a letter from *pro se* petitioner, Terrence Robinson, stating the following: "I will not form[ally] object to the R&R nor will I follow its recommendation to pursue these claims by filing the appropriate action. Dismissal without prejudice, therefore, is inevitable." [Rec. Doc. 4].